# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

JORGE TORRES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1855

————————————————

December 12, 2025

Appeal from the Circuit Court for Pasco County; Mary M. Handsel, Judge.

Peter Lombardo of Law Office of Peter Lombardo, Bradenton, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and VILLANTI and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.